ANDREW V. JABLON (SBN 199083)
E-Mail: ajablon@rpblaw.com
RESCH POLSTER & BERGER LLP
1840 Century Park East, 17th Floor
Los Angeles, California  90067
Telephone: 310-277-8300
Facsimile: 310-552-3209

JS 6

Attorneys for Legalzoom.com, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LEGALZOOM.COM, INC., a Delaware Corporation,<br><br>Petitioner,<br><br>vs.<br><br>LAW OFFICES OF PRINCE & ASSOCIATES, LLC, a Florida limited liability company, DAVID PRINCE, an individual, and JASON SEARNS, an individual<br><br>Respondents. | Case No. 15-cv-09255-DSF-RAO<br><br>**JUDGMENT** |

496561.1

# JUDGMENT

JUDGMENT IS HEREBY ENTERED in favor of Petitioner LegalZoom.com, Inc. ("LegalZoom"), and against Respondents, the Law Offices of Prince & Associates, LLC ("Prince"), David Prince ("David"), and Jason Searns ("Jason", and collectively with Prince and David, "Respondents"), on the other hand as follows:

LegalZoom shall recover from Respondents, and each of them, jointly and severally, the sum of **$366,250**, representing the arbitrator's award of $463,350, less payments that Respondents have made thereunder, plus LegalZoom's $400 filing fee.

DATED: January 8, 2016

*Dale S. Fischer*

Hon. Dale S. Fischer

496561.1

2